STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. JAMES GRANT, DEFENDANT-PETITIONER.

See same case below: 102 *N. J. Super.* 164.

*Mr. Peter Murray, Mr. Richard Newman,* and *Mrs. Susan F. Sinins* for the petitioner.

*Mr. Joseph P. Lordi* and *Mr. Matthew J. Scola* for the respondent.

November 18, 1968. Denied.

RUTH NEWMARK, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. GIMBELS, INCORPORATED, *ET AL.*, DEFENDANTS-PETITIONERS.

See same case below: 102 *N. J. Super.* 279.

*Mr. Richard D. Bennett* and *Mr. Albert E. Fershing* for the petitioners.

*Messrs. Packer & Packer* for the respondents.

November 18, 1968. Granted.

DIVISION OF MOTOR VEHICLES, DEPARTMENT OF LAW AND PUBLIC SAFETY, PLAINTIFF-RESPONDENT, v. GEORGE E. RIORDAN, DEFENDANT-PETITIONER.

*Messrs. Crummy, Gibbons & O'Neill* and *Mr. Mark F. Hughes, Jr.* for the petitioner.

*Mr. Arthur J. Sills, Mr. Elias Abelson* and *Mr. Thaddeus C. Raczkowski* for the respondents.

November 18, 1968. Denied.